

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Kendra Hankerd
_____

_____                  Case Number : 6:18-CV-204
                                                                 RWS/JDL

List the full name of each plaintiff in this action.

VS.

Federal Bureau Of Investigations
Christopher Wray - Director
_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.   Employ Counsel
        2.   Court - Appointed Counsel
        3.   Lawyer Referral Service of the State Bar of Texas,
             P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

        Daniel Notensio
        Ferguson St.
        Tyler TX

C.     Results of the conference with counsel:

My case was too complicated
for him

II.     List previous lawsuits:

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?     _____Yes     ✓ No

B.     If your answer to "A" is "yes",  describe the lawsuit in the space below.
       If there is more than one lawsuit, attach a separate piece of paper describing each.

1.     Approximate file date of lawsuit: N/A _____

2.     Parties to previous lawsuit(s):

       Plaintiff _____

       Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.     Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

       _____

4.     Docket number in other court. _____

5.     Name of judge to whom the case was assigned.

       _____

6.     Disposition: Was the case dismissed, appealed or still pending?

       _____

7.     Approximate date of disposition. _____

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1   Kendra Hankard
            2400 Shiloh Rd  #118
            Tyler, TX      75703

   Pla #2 _____

   _____

   _____

   B.   List the full name of each defendant, their official position, place of employment
        and full mailing address.
                  c/o
   Dft #1:  Federal Bureau of Investigation
            Christopher Wray
       3301 #300  Golden Rd
   Dft #2:  Tyler, TX 75101

   _____

   _____

   Dft #3 _____

   _____

   _____

   Attach a separate sheet for additional parties.

IV:      Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

#1

electronic harrasment - I made a complaint with the FBI on Jan 16th 2016 regarding four criminals. I had been hacked since 2015. I was able to confirm all information I could gather by Jan 14th 2016. Reporting 4 names and a company that the hacking and identity theft were coming from. FBI decided to not answer my complaint and instead speak to me indirectly using this electronic harassment. They used this electronic harassment to obtain information regarding terrorism, kidnappings + crimes.

#2 civil fraud - obtaining pertinent information through deliberate deception.

#3 gross negligance - they have disregarded my safety + care and have continued to put me in danger daily. This is in regards to the four criminals + false arrests.

V.      Relief: State Briefly exactly what you want the court to do for you.  Make no legal
        arguments and do not cite cases or statutes.  Attach additional pages if necessary.

#4 Intentional Tort - Contacted FBI on Jan 16th 2016
and again on Feb 10 2017

#5 Intentional Infliction of Emotional Distress
#6 Defamation #7 Invasion of Privacy #8 Police
TN to FBI
misconduct 2008 on to current #9 False Arrests
on 3-11-16 3-13-16 + 5-10-16. FBI have shown extreme actions
of dangerous + disgusting conduct.

Signed this ____5th____ day of ____May____, 20 _18_.
                                        (Month)              (Year)

_____

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
                        Date

                                    Kendra Dawn Hankord
_____

_____
                        Signature of each plaintiff

#10 Malicious Prosecution

#11 Intrusion of Solitude and Seclusion

#12 Public Disclosure - alerting media / social media

#13 False Light

#14 Appropriation of name likeness - Oct 2nd 2017
Mandalay Bay tweeter

#15 Amendment 1 violated

#16 Amendment 4th violated

#17 Amendment 5th violated

#18 Amendment 8th violated

#19 Harassment - stalked from January 2016 to
current by people "representing" the FBI - to
my information & belief

#20 Collusion between the State of TN, FBI
and other government officials.

#21 Compensatory Damages/General Damages

#22 Sexual Misconduct - fall of 2016 ESA #328

#23 Strict Liability Tort

#24 Tort Negligence -

#25 Bribery - using 5202 Still House Hollow, Bloomberg
       magazines

#26 Political Corruption -

#27 Medical Expenses

#28 Pain + Suffering

#29 Falsifying Information

#30 Blatent violations of Human Rights
    including, Freedom of Thought, The right to play,
    a fair + free world, Responsibility + Copyright
    through Coca-Cola and other. To my information
    and belief